**Order entered March 6, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01185-CV

**DIANE WHITLEY LEE, Appellant**

**V.**

**MARY BETH BROOKS ABBOTT, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-01198-E**

## ORDER

Appellant's amended brief is overdue. Accordingly, we **ORDER** appellant to file the brief no later than March 18, 2019. We caution appellant that failure to comply may result in dismissal of the appeal without further notice. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b),(c).

/s/     BILL WHITEHILL
           JUSTICE